1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ZACHARY G.F. ABRAHAMSON (CABN 310951)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7261
7      FAX: (415) 436-7234
       zachary.abrahamson2@usdoj.gov
8
   Attorneys for United States of America
9

```
FILED
Oct 01 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-mj-71469 MAG |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND ARRAIGNMENT, AND TO EXCLUDE AND WAIVE TIME FROM OCTOBER 4, 2021 TO OCTOBER 7, 2021 AND [~~PROPOSED~~] ORDER |
| v. | |
| BRANDON D. PAILLET, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Brandon D. Paillet that, with the Court's approval, the preliminary hearing and arraignment currently scheduled for October 6, 2021 at 10:30 a.m. should be continued to October 7, 2021 at 10:30 a.m., or as soon thereafter as the Court is available.

The government and counsel for the defendant further stipulate and request that time be excluded under the Speedy Trial Act and that time be waived under Federal Rule of Criminal Procedure 5.1 from October 4, 2021 through October 7, 2021. The parties have agreed that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced, taking into account the exercise of due diligence. For this reason, the parties

1

stipulate and agree that excluding time from October 4, 2021 until October 7, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate and agree that the ends of justice served by excluding the time from October 4, 2021 through October 7, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further stipulate that there is good cause for extending the time limits for a preliminary hearing, indictment, or information under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:     October 1, 2021                    /s/
                                              ZACHARY G.F. ABRAHAMSON
                                              Special Assistant United States Attorney

DATED:     October 1, 2021                    /s/
                                              GABRIELA BISCHOF
                                              Counsel for Defendant Brandon D. Paillet

IT IS SO ORDERED.

DATED:     October 1, 2021                    _____
                                              HON. THOMAS S. HIXSON
                                              United States Magistrate Judge